**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 15-6673**

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

HAROLD EDWARD COLEMAN,

    Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg.  Norman K. Moon, Senior District Judge.  (6:13-cr-00010-NKM-5)

---

Submitted:  August 27, 2015   Decided:  September 1, 2015

---

Before GREGORY, AGEE, and THACKER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Harold Edward Coleman, Appellant Pro Se.  Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harold Edward Coleman appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Coleman</u>, No. 6:13-cr-00010-NKM-5 (W.D. Va. Apr. 6, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>